FILED
AUG 18 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
AUGUST 18, 2026 SESSION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 2:26-cr-00102
18 U.S.C. § 242
18 U.S.C. § 250(a)
18 U.S.C. § 250(b)(1)

CASS AARON CLOSE

# I N D I C T M E N T

The Grand Jury charges:

On or about July 29, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant CASS AARON CLOSE, while acting under color of law as a Kanawha County Sheriff's Deputy and while acting without a legitimate purpose, did willfully deprive Victim 1, whose identity is known to the Grand Jury, of liberty without due process of law, which includes the fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he put his mouth on Victim 1's vulva without Victim 1's consent; when he put his penis in Victim 1's mouth without Victim 1's consent; when he penetrated Victim 1's vulva with his fingers without Victim 1's consent; and when he attempted to penetrate Victim 1's vulva with his penis without Victim 1's consent. Defendant CASS AARON CLOSE'S conduct included aggravated sexual abuse and an attempt to

commit aggravated sexual abuse, included kidnapping, and involved sexual abuse as defined in 18 U.S.C. § 2242.

In violation of Title 18, United States Code, Sections 242 and 250(a) and (b)(1).

MOORE CAPITO
United States Attorney

By: ______________________________
JENNIFER RADA HERRALD
Assistant United States Attorney

HARMEET K. DHILLON
Assistant Attorney General

By: ______________________________
CASSANDRA HUGHES
Trial Attorney
Criminal Section
Civil Rights Division